

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00334-CV

| | | |
|---|---|---|
| COVENANT CLEARINGHOUSE, LLC, Appellant | § | On Appeal from the 211th District Court |
| | § | of Denton County (21-8317-211) |
| V. | § | April 28, 2022 |
| CHRISTA J. FOSTER, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Christa J. Foster shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
     Justice Mike Wallach